UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD OWENS, JR.,

        Petitioner,               Case No. 15-cv-13264
                                                Hon. Matthew F. Leitman

v.

SHERMAN CAMPBELL,

        Respondent.
_____/

## **JUDGMENT**

The above entitled came before the Court on a Petition for a Writ of Habeas Corpus. In accordance with the Opinion and Order entered on September 30, 2019:

(1) The Petition for a Writ of Habeas Corpus is GRANTED IN PART AND DENIED IN PART.

(2) A Certificate of Appealability is DENIED.

(3) Petitioner is granted leave to appeal *In Forma Pauperis.*

Dated at Flint, Michigan, this 30th day of September, 2019.

                                                    DAVID J. WEAVER
                                                    CLERK OF COURT

                                        By:    s/Holly A. Monda
                                                      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

1